WILLIAMS, Appellant, v. LINDBLOM, Respondent. (Supreme Court, General Term, First Department. June 14, 1895.) Action by William S. Williams against Robert Lindblom, impleaded. John M. Mitchell, for appellant. Linus A. Gould, for respondent.

PER CURIAM. We find upon an examination of this case that it has never been settled; nor has it ever been ordered on file by any one who participated in any portion of the proceedings. The case must be stricken from the calendar.

WIMMER v. CLEARLY et al. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Catharine Wimmer against Patrick Clearly and others. No opinion. Judgment affirmed, with costs. All concur.

DYKMAN, J., not sitting.

WOODWORTH, Respondent, v. BROOKLYN CITY R. CO., Appellant. (City Court of Brooklyn, General Term. June 24, 1895.) Action by Charles S. Woodworth against the Brooklyn City Railroad Company. Morris & Whitehouse, for appellant. Foley & Wray, for respondent.

PER CURIAM. The sole point raised on this appeal is that the verdict is against the weight of evidence. We have carefully read the record, and are satisfied that the case was properly submitted to the jury. The testimony of Mr. Sanford, read as a whole, is not necessarily in conflict with the testimony of plaintiff. It is conceded by the plaintiff that the horse ran away after the collision, and Mr. Sanford testified that plaintiff told him that the horse did run away, but this is to be taken in connection with his testimony at folios 128 and 129. Mr. Dean substantially corroborated plaintiff as to the cause of the collision. Judgment and order denying new trial affirmed, with costs.

WRIGHT v. BROOKLYN EL. R. CO. et al. (Supreme Court, General Term, Second Department. July 26, 1895.) Action by Mary Ann Wright against the Brooklyn Elevated Railroad Company and another. No opinion. Judgment affirmed, with costs. All concur.

WYSE v. WYSE et al. (Superior Court of New York City, General Term. June, 1895.) Action by William S. Wyse against Marie S. Wyse and others. G. D. Lamb, for plaintiff. E. B. Hinsdale, for defendants Wyse and Woolverton. Chas. B. Alexander, for defendant Equitable Life Assurance Society.

PER CURIAM. The record herein discloses a carefully conducted trial. The court seems to have been governed by correct principles of law, and to have accorded to the appellant all the rights he could justly demand. The findings of fact necessary to the conclusion reached are fully supported by competent evidence, and should not be disturbed. None of the exceptions is meritorious. The judgment should be affirmed. with costs to the respondents.